IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ENCISCO RODRIGO ACEVES | § | |
| VS. | § | CIVIL ACTION NO. 1:03cv134 |
| ANTONIO ZAMARIPA | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE's REPORT AND RECOMMENDATION

Plaintiff Encisco Rodrigo Aceves, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit against Antonio Zamaripa, a fellow inmate.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

1

judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

    **SIGNED** this the **31** day of **May, 2005.**

*/s/ Thad Heartfield*
Thad Heartfield
United States District Judge