IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ENCISCO RODRIGO ACEVES | § | |
| VS. | § | CIVIL ACTION NO. 1:03cv134 |
| ANTONIO ZAMARIPA | § | |

<u>FINAL JUDGMENT</u>

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that plaintiff take nothing, and this lawsuit is **DISMISSED** with prejudice.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **31** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge